UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
E.N., et al.,       :
       :
      Plaintiffs,       :
       :    23-CV-9764 (AS)
   -v-       :
       :    <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
       :
      Defendant.       :
       :
-------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

The Court was informed that the motion to consolidate has been withdrawn. As such, the stay in this case will be lifted.

The parties are hereby ORDERED to submit a joint letter, no later than **March 4, 2024,** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

The City of New York is ORDERED to file an **answer to the complaint by March 18, 2024**.

The Clerk of Court is directed to lift the stay on this case.

SO ORDERED.

Dated: February 27, 2024
      New York, New York

                                                   ARUN SUBRAMANIAN
                                           United States District Judge